■ RUBEN ROJAS et al., Respondents, v COPY CATS INDUSTRIES, INC., Appellant, et al., Defendant. [748 NYS2d 278] —Appeal by the defendant Copy Cats Industries, Inc., as limited by its brief, from stated portions of an order of the Supreme Court, Queens County (LaTorella, J.), dated October 1, 2001.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice LaTorella at the Supreme Court. Prudenti, P.J., Florio, Schmidt and Mastro, JJ., concur.